**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

William D. Curtis, Respondent,

v.

Sandra Morris Blake, as Personal Representative of the Estate of Brandon T. Blake, Petitioner.

Appellate Case No. 2011-191906

─────────────

ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

─────────────

Appeal from Orangeburg County
J. Derham Cole, Circuit Court Judge

─────────────

Memorandum Opinion No. 2012-MO-043
Heard October 16, 2012 – Filed October 24, 2012

─────────────

**DISMISSED AS IMPROVIDENTLY GRANTED**

─────────────

Thomas J. Keaveny, II and Amy B. Rothschild, both of Keaveny Law Firm, of Charleston, for Petitioner.

Robert Norris Hill, of Newberry, Mark Brandon Tinsley, of Gooding & Gooding, of Allendale, and C. Bradley

Hutto, of Williams & Williams, of Orangeburg, for
Respondent.

––––––––––––––––––

**PER CURIAM:**  We granted a writ of certiorari to review the decision of the court of appeals affirming the denial of Petitioner's motion for a new trial.  We now dismiss the writ as improvidently granted.

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**